UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60072-JEM

UNITED STATES OF AMERICA

vs.

SANTOS ADRIAN HERNANDEZ HERNANDEZ,

   Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Santos Adrian Hernandez Hernandez ("HERNANDEZ") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. On or about February 13, 2022, Immigration and Customs Enforcement ("ICE") Officers received information that HERNANDEZ, an alien previously removed from the United States, was present in Broward County, Florida. ICE commenced an investigation.

2. A review of HERNANDEZ's immigration records, which included his photograph, revealed that HERNANDEZ is a national and citizen of Honduras, who was removed from the United States to Honduras on September 18, 2020.

3. Subsequent to ICE receiving notification that HERNANDEZ was present in Broward County, Florida, ICE Officers and Border Patrol Agents encountered HERNANDEZ and questioned him, whereupon he admitted his name, country of origin and that he did not have permission to be in the United States.

4. HERNANDEZ's fingerprints were taken and submitted to the Automated Biometric Identification System (IDENT) and the Next Generation Identification System (NGI)

Court Exhibit #1

which resulted in a positive match to "Santos Adrian Hernandez Hernandez," a citizen of Honduras, who had previously been removed from the United States.

5. A records check confirmed that HERNANDEZ has not filed an application for permission to re-apply for admission into the United States after his previous removal, nor obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 6/22/22      By: _____
                        BROOKE ELISE LATTA
                        ASSISTANT UNITED STATES ATTORNEY

Date: 6/22/22      By: _____
                        HELAINE BATOFF
                        COUNSEL FOR DEFENDANT

Date: 6/22/22      By: _____
                        SANTOS ADRIAN HERNANDEZ HERNANDEZ
                        DEFENDANT

2